**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                        CASE NO. 3:07-cr-131-J-32HTS

ENCARNACION BAEZ

-----

**ORDER**

This case is before the Court on the Report and Recommendation of the United States Magistrate Judge concerning defendant's Amended Motion to Suppress (Doc. 48).

The undersigned has reviewed the Amended Motion to Suppress (Doc. 36), the transcript of the evidentiary hearing held on August 15, 2007, the government's response in opposition to defendant's motion (Doc. 45) and the Magistrate Judge's Report and Recommendation (Doc. 48). Upon de novo consideration, the undersigned determines that the Magistrate Judge's fact-finding and legal analysis are both correct. Therefore, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 48) is **ADOPTED** as the opinion of the Court.

2. Defendant's Amended Motion to Suppress (Doc. 36) is **DENIED.**

**DONE AND ORDERED** in Jacksonville, Florida, this 28th day of September, 2007.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Hon. Howard T. Snyder
Julie Hackenberry Savell, AUSA
Edward J. Abramson, Esquire
Defendant

2